**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JON R. MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>S. SENSE COMPANY, INC.<br><br>Defendant. | Case No. 1:19-cv-07325-AJN<br><br>**AFFIRMATION OF SERVICE** |

    I, Jonathan Shalom, declare under penalty of perjury that on October 11, 2019, I served a copy of the Court's October 1, 2019 Order upon Defendant, S. SENSE COMPANY, INC., via overnight courier, at its last known business address of: 333 Chabanel O #900, Montreal, Quebec H2N 2G1, Canada.

Dated:   October 11, 2019

                                                      */s/ Jonathan Shalom*
                                                      Jonathan Shalom, Esq.
                                                      SHALOM LAW, PLLC
                                                      124-04 Metropolitan Avenue
                                                      Kew Gardens, NY 11415
                                                      Email: jshalom@jonathanshalomlaw.com
                                                      Tel: (718) 971-9474